# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLEN CHRISTOPHER BROWN, | ) | Case No. CV 16-04379-AS |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: June 19, 2017.

/s/<br>
ALKA SAGAR<br>
UNITED STATES MAGISTRATE JUDGE